IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE M. LESTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1367 |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | Magistrate Judge Caiazza |
| MERCY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On October 17, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 25, 2006, the magistrate judge issued a Report and Recommendation (Document No. 13) recommending that Defendant's Motion to Dismiss (Document No. 6) be granted regarding the Plaintiff's PHRA claim, but denied regarding her ADA claim.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this **17th** day of **August**, 2006, IT IS ORDERED that the Defendant's Motion to Dismiss (Document No. 6) is **GRANTED** regarding the Plaintiff's PHRA claim, and **DENIED** regarding Plaintiff's ADA claim.

The Report and Recommendation of Magistrate Judge Caiazza dated July 25, 2006, is hereby adopted as the opinion of the District Court.

David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
    Chief United States Magistrate Judge

    Joseph S. Hornack, Esquire
    Healey & Hornack, P.C.
    1100 Liberty Avenue
    Suite C-2, The Pennsylvanian
    Pittsburgh, PA 15222

    A Patricia Diulus-Myers, Esquire
    Jackson Lewis LLP
    One PPG Place
    28th Floor
    Pittsburgh, PA 15222